This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39267**

**MARTHA ARAGON,**

Plaintiff-Appellant,

v.

**NEW MEXICO SUPERINTENDENT
OF INSURANCE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY
Matthew J. Wilson, District Judge**

Hans W. Voss
Santa Fe, NM

for Appellant

Gallagher, Casados & Mann, P.C.
Nathan H. Mann
Harriett J. Hickman
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**ATTREP, Judge.**

**{1}** Plaintiff appeals from the district court's final judgment, following a bench trial. We entered a notice of proposed disposition, proposing to affirm. In response, Defendant filed a memorandum in support, and Plaintiff also filed a memorandum in support stating that as to both issues raised, "[Plaintiff-]Appellant accepts the disposition proposed by the appellate court." [MIO 1, 3]

**{2}** Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm.

**{3}    IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**BRIANA H. ZAMORA, Judge**